UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ADAM HARPER,**<br><br>**Defendant** | **CRIMINAL NO.**<br> <u>Filed under seal</u><br><br>**VIOLATIONS:**<br><br>**17 U.S.C. § 506(a)(1)(B) and<br>18 U.S.C. § 2319(c)(1)<br>(Criminal Infringement of a Copyright)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about and between October 26, 2017 and February 12, 2018, in the District of Columbia and elsewhere, the defendant, **ADAM HARPER**, did willfully infringe a copyright, that is by reproducing or distributing, including by electronic means, at least ten or more copies of one or more copyrighted works, to wit: television shows and motion pictures, which have a total retail value of $2,500 or more.

(**Criminal Infringement of a Copyright**, in violation of Title 17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(c)(1)).

MICHAEL SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

*Amy E. Larson*

Amy E. Larson
Assistant United States Attorney,
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov