**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CRIMINAL NO.** 20-197 (ABJ) |
| v. : | |
| **ADAM HARPER,** : | **FILED** |
| **Defendant.** : | DEC - 3 2020 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, Adam Harper, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Criminal Infringement of a Copyright, in violation of Title 17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(c)(1)).

**Statement of Facts**

1. On various dates between October 26, 2017 and January of 2018, an Online Covert Employee ("OCE") with the Federal Bureau of Investigation ("FBI")/Metropolitan Police Department ("MPD") Child Exploitation and Human Trafficking Task Force ("CEHTTF") used a law enforcement tool to review a list of Internet Protocol ("IP") addresses that (1) had been recorded as sharing suspected child pornography images or videos, identified by their unique Infohash values,[1] on a peer-to-peer ("P2P") file sharing network;[2] and (2) were believed to resolve back to physical addresses

---

[1] An "infohash" is a number which uniquely identifies a torrent file based on the shared file(s) associated within the torrent file.

[2] P2P file sharing allows users to access media files such as books, music, movies, and games using a P2P software program that searches for other connected computers on a P2P network to locate the desired content.

located in the District of Columbia based on a commercial geolocation program utilized by the law enforcement tool. Generally, an IP address is unique to a particular computer during an online session and makes it possible for data to be transferred directly between computers.

2. The law enforcement tool indicated that IP address 108.48.204.45 had been sharing content, using a P2P network, and that the computer using that IP address was physically located in the District of Columbia.

3. On October 26, 2017, an OCE used a P2P software client program to connect directly to the above-mentioned IP Address. The OCE initiated multiple downloads from the Subject IP Address and partially or completely downloaded multiple files, including images and videos.

4. On November 3, 2017, an OCE used a P2P software client program to connect directly to the above-mentioned IP Address. The OCE initiated multiple downloads from the Subject IP Address and partially or completely downloaded multiple files, including images and videos.

5. On December 9, 2017, an OCE used a P2P software client program to connect directly to the above-mentioned IP Address. The OCE initiated multiple downloads from the Subject IP Address and partially or completely downloaded multiple files, including images and videos.

6. On various dates, the America Registry for Internet Numbers (ARIN) was queried and it was determined that the Subject IP Address (108.48.204.45) is associated with Verizon, an Internet Service Provider. ARIN manages the distribution of IP addresses for the United States.

6. On or about November 1, 2017, and January 17, 2018, pursuant to administrative subpoenas, Verizon revealed that on the dates and during the time of the downloads described

above, the Subject IP Address was assigned to subscriber Adam Harper (hereinafter "the DEFENDANT") at the address 1706 Euclid St., BSMT Apt, N.W., Washington, D.C. 20009. Members of the CEHTTF confirmed through open source databases, and a check of driver's licenses issued in the District of Columbia, that the DEFENDANT lived at this address.

7. On February 12, 2018, a search warrant issued by a magistrate judge from the United States District Court for the District of Columbia was executed at the DEFENDANT's residence. When law enforcement entered the DEFENDANT's residence, they observed that a computer belonging to the defendant was open and unlocked. By viewing the computer monitor, officers were able to see that the defendant was connected to the internet, and was using a P2P file sharing service to actively download numerous files, dozens of which had file names indicative of television shows and movies. A list of titles observed in the process of downloading, included: Detective Conan, A Plastic Ocean, A Spaceman Commeth, A Tree Grows in Brooklyn, A Perfect Day and An Affair in Havana.

8. As a result of the search warrant, numerous laptops and hard drives (hereinafter, "digital devices") belonging to, and used by, the DEFENDANT were seized. The digital devices seized pursuant to the search warrant were forensically examined by a computer forensic examiner. Some of these digital items contained artifacts which demonstrate that the DEFENDANT was using various P2P services and the internet to actively download files, including copyrighted television shows and motion pictures, and makings these items available to other individuals utilizing P2P file sharing services. For example:

a. A Netgear Readynas NVT Device (S/N: 23G3087100D48), which is a storage system designed to share files within networks over the internet with ease and simplicity. This device allows other users to connect to it, and download content from it, with the use of a username and password.

*AH*

b.  On the Drop DRPR1-A External Storage Device (S/N" TDB102140081), there were eleven folders. Three of these folders were labeled as: torrents files; Torrents complete; and torrents temps. Each of these folders had a last modified date of February 12, 2018 – the date that the search warrant was executed at the DEFENDANT's residence. A torrent file is a special type of file that contains information on how to download other files, which can include videos. The information contained in a torrent file, is used by a "torrent downloader". The way this process works is by downloading content from other peers, often multiple at the same time, to speed up the download. Torrent programs are commonly referred to as peer-to-peer ("P2P") file sharing programs. There were 585 files in the "torrents" folder. Inside the "Torrents complete" folder were several copyrighted television shows and motion picture movies, including: two episodes of the television series "Altered Carbon"; the animated movie "Coco"; the movie "Phantom Thread"; the movie "Legends of Tomorrow"; the movie "Columbian Teens 3(Evil Angel)"; the movie "Shot Caller"; the movie "When We First Met"; and the movie "Killer's Kiss." The movies "A Plastic Ocean" and "Detective Conan" were also contained in this folder. The forensic examiner was able to observe that, in total, this device contained over 1,000 commercially produced motion pictures, eight television documentaries, and 187 television shows.

c.  On the Drobo B1200i External Storage Device (S/N #: DRB134401000137), there was a folder entitled "Movies". This folder had a last accessed date of February 11, 2018. There were over 9,000 copyrighted and commercially produced movies inside this folder, including: A Bad Idea Gone Wrong; A Demon Within; A Futile and Stupid Gesture; Accident Man; and It Comes at Night.

d.  On the Drobo B1200i External Storage Device (S/N #: DRD121201000016) there was also a folder entitled "TV Shows". This folder was last accessed on February 4, 2018. There were

over 1,200 copyrighted and commercially produced television shows in this folder, including: 13 Reasons Why; Blindspot; I Am Wrath; Justice League Dark; War and Peace; and Zorro.

e. On the Lenovo "Thinkpad" (S/N: L3-BG983 08/06), a search of this digital device's registry revealed that the DEFENDANT recently accessed a folder entitled "Downloads".

f. On the Passport External Hard Drive (S/N: WXF1E65CZFXA), there were eight created user folders, labeled as follows: 1.007 James Bond The Ultimate Edition -24 - Spectre 2015; 2. Midsomer Murder Season 09; 3. Midsomer Murder Season 10; 4. Midsomer Murder Season 11; Midsomer Murder Season 12; Saturday Night Live Season 42; 7. South Park Season 21 incomplete; and 8. Star Trek - 13 - Star Trek Beyond 2016 1080p. The forensic examination of this device indicated that the majority of these folders contained full seasons of copyrighted television series.

9. While the DEFENDANT lawfully purchased some new and used videos, which he would digitize by burning them onto his computer hard drive, the DEFENDANT admits that he improperly downloaded over 2,500 videos, which included copyrighted television shows and motion pictures, using P2P file sharing services and the internet. Of these 2500 videos, more than 10 of the videos were downloaded between October 26, 2017, and February 12, 2018, and the value of the videos downloaded during that time period had a value of at least $2500. The DEFENDANT knew that by downloading the videos, he was reproducing these videos, and distributing them, by making them available to other individuals using P2P file sharing services and the internet. With a median

price of $7.50 per video, the DEFENDANT's ongoing conduct, between October 26, 2017 and February 12, 2018, represents a total loss figure of approximately $18,750.

Respectfully,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

*Amy C. Larson*

Amy C. Larson
Assistant United States Attorneys

## DEFENDANT'S ACKNOWLEDGMENT

I, Adam Harper, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 09/08/2020

*Adam Harper*
Adam Harper
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9-22-20

Danny Onorato, Esq.
Attorney for Defendant

*AH*